Case 2:23-cr-00123-MWF    Document 39 *SEALED*    Filed 01/06/25    Page 1 of 3
Page ID #:274

RECEIVED USMS-LA
01/06/2025
FID: 11528195
USMS: 07428-506

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | 2:23-CR-00123-MWF-1 |
| VS | | SEP 25 2025 PM3:56 FILED-USDC-CT-HARTFORD |
| Ioan-Alin Zele | Defendant(s) | **WARRANT FOR ARREST** |

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _ and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice charging him/her with: Illegally reentered the United States. New arrest for Bank Fraud.

in violation of Title   18   United States Code, Section(s)    3583(e)(3)

| Brian D. Karth | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | January 6, 2025, Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| SIGNATURE OF DEPUTY CLERK | By: Hon. Michael W. Fitzgerald |
| | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

01/06/2025
DATE RECEIVED

09/25/2025
DATE OF ARREST

J. Iverson
NAME OF ARRESTING OFFICER

CDUSM
TITLE

SIGNATURE OF ARRESTING OFFICER

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**